UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SCOTT REINERS,<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | 3:26-CV-03022-ECS<br><br>ORDER TO SERVE |

Movant Scott Reiners filed a pro se Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. Doc. 6. From a reading of the Motion, the Court cannot determine that "it plainly appears from the motion . . . that the moving party is not entitled to relief" warranting summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court. Accordingly, it is

ORDERED that the Clerk of Court will deliver or serve a copy of the Motion (Doc. 6) and this Order on the United States Attorney for the District of South Dakota (DSD). It is further

ORDERED that the United States Attorney for the DSD will serve and file an answer or responsive pleading to the Motion, together with a legal brief or memorandum, on or before September 17, 2026.

DATED this 18 day of August, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE